UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHARON J. BAKER, ELIZABETH CALP,              :
DIANE DILLAMON, NETTIE EDWARDS,               :
KRISTEN KRUSE, DONNA MORGAN, LINDA            :
NELSON, PAUL ROWDEN, WILLIAM                  :
ROWLAND, CONNIE RUMFELT, KENNETH              :
SARVER, SUE SHOUT, KATHERINE MARY             :
SPIERS, ANNIE STADTMUELLER, LOUISE            :
STIVERS, JEANETTE THANUPAKORN,                :
                                              :
         Plaintiffs.                          :   Civil Action
v.                                            :   No. 04-11245-GAO
                                              :
INDEVUS PHARMACEUTICALS, INC., F/K/A          :
INTERNEURON PHARMACEUTICALS, INC.;            :
WYETH, INC., F/K/A AMERICAN HOME              :
PRODUCTS CORPORATION; WYETH                   :
PHARMACEUTICALS, INC F/K/A WYETH-             :
AYERST PHARMACEUTICALS, INC., A               :
DIVISION OF AMERICAN HOME PRODUCTS            :
CORPORATION; AND BOEHRINGER                   :
INGELHEIM PHARMACEUTICALS, INC.,              :
                                              :
         Defendants.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                          Respectfully submitted,
       Boston, Massachusetts

                                              /s/Matthew J. Matule
                                              Matthew J. Matule (BBO #632075)
                                              SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP
Of Counsel:                                   One Beacon Street
Barbara Wrubel                                Boston, Massachusetts 02108
Katherine Armstrong                           (617) 573-4800
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                              Boehringer Ingelheim Pharmaceuticals, Inc.